IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 15-03125-01-CR-S-RK |
| ) | |
| ADAM DAVID SMOCK, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On December 29, 2015, defendant entered a plea of guilty to the sole count contained in the Information filed on December 29, 2015, before United States Magistrate Judge David P. Rush. On December 29, 2015, Judge Rush issued his Report and Recommendation (Doc. 9). Objections were due on or before January 29, 2016. No objections have been filed.

Upon careful and independent review, this Court finds that defendant's plea was knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. Accordingly, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge David P. Rush.

Accordingly, it is hereby ORDERED that defendant's plea of guilty is accepted and defendant is adjudged guilty. The defendant's sentencing hearing will be scheduled and the parties notified of the date and time of sentencing.

SO ORDERED.

                                                          s/ Roseann A. Ketchmark
                                                          ROSEANN A. KETCHMARK, JUDGE
                                                          UNITED STATES DISTRICT COURT

DATED: February 11, 2016